UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BUSH N. LE, | CASE NO. C20-5911-SKV |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand from the court, the Appeals Council will instruct the Administrative Law Judge (ALJ) as follows.  The ALJ will hold a de novo hearing; reevaluate the medical evidence, including the opinion of William Wilkinson, Ed.D.; evaluate the additional evidence submitted to the Appeals Council; obtain a consultative psychological evaluation and testimony from a medical expert as warranted; reevaluate the statements of Plaintiff's mother; and obtain vocational expert testimony as warranted.

Page 1    ORDER  – [C20-5911-SKV]

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 30th day of July 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov